AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MATTHEW SCOTT FISK,

     Plaintiff,  
  V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-0782-ECR-VPC**

BANK OF AMERICA, N.A.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#8) is **GRANTED**. Plaintiff's claims are **DISMISSED**. Defendant's Motion to Expunge Lis Pendens (#8) is also **GRANTED**.

  May 31, 2012                                        **LANCE S. WILSON**  
                                                                            Clerk

                                                                         /s/ Jennifer Cotter  
                                                                          Deputy Clerk