AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

MATTHEW SCOTT FISK,

        Plaintiff,             JUDGMENT IN A CIVIL CASE

   V.

                         CASE NUMBER: **3:11-CV-0782-ECR-VPC**

BANK OF AMERICA, N.A.,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#8) is **GRANTED**. Plaintiff's claims are **DISMISSED**. Defendant's Motion to Expunge Lis Pendens (#8) is also **GRANTED**.

 May 31, 2012                                                   **LANCE S. WILSON**
                                                                                Clerk

                                                                                /s/ Jennifer Cotter
                                                                                Deputy Clerk